■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESMOND GRANT, Appellant. [602 NYS2d 585] —Judgment unanimously reversed on the law, new trial granted on counts one and two of indictment and indictment otherwise dismissed without prejudice to the People to re-present any appropriate charges under count three of indictment to another Grand Jury. Memorandum: The trial court erred in instructing the jury that "[r]easonable doubt must be based entirely and absolutely upon some good, sound, substantial reason" and that the People bore the burden of establishing guilt "to a reasonable degree of certainty" *(see, People v Sosby,* 197 AD2d 909 [decided herewith]). We reverse and grant a new trial on counts one and two of the indictment. Inasmuch as defendant was convicted of the lesser included offense of criminal possession of a weapon in the fourth degree under count three of the indictment, that count must be dismissed without prejudice to the People to re-present any appropriate charges under that count to another Grand Jury *(see, People v Gonzalez,* 61 NY2d 633, 635; *People v Sneed,* 193 AD2d 1139; *People v Jackson,* 167 AD2d 893, 894).

In view of our determination, we do not address defendant's remaining contentions. (Appeal from Judgment of Niagara

County Court, Hannigan, J.—Attempted Murder, 2nd Degree.) Present—Green, J. P., Balio, Fallon, Doerr and Boehm, JJ.